**Order entered January 10, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01180-CR
No. 05-16-01181-CR

**ZACHARY ELLIOT CALLENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-82261-2015 & 219-82262-2015**

## ORDER

The Court has before it the January 9, 2017 request of court reporter Indu Bailey to extend the time for filing the reporter's record in these appeals. We **GRANT** the request and **ORDER** the reporter's record filed on or before January 31, 2017.

/s/     LANA MYERS
         JUSTICE